IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| FOURTH QUARTER PROPERTIES V, INC. | ) | |
| | ) | CASE NO. 09-13968-WHD |
| Debtor. | ) | JUDGE W. HOMER DRAKE |
| | ) | |

### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COMES NOW Fourth Quarter Properties V, Inc., Debtor and Debtor-in-Possession, and pursuant to 11 U.S.C. § 363 for its Emergency Motion for Authority to Use Cash Collateral, shows this Court the following:

1. On November 2, 2009, Debtor filed with this Court a Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et. seq.

2. Debtor owns real property that is operated as a retail shopping center (the "Property") in the state of Georgia (the "Business").

3. Debtor's Business receives rental income from the Property (the "Collateral") and the proceeds thereof (the "Cash Collateral") are used in the operation of the Business.

4. It is necessary for Debtor to use the Cash Collateral to pay expenses incurred in the operation of its Business and to be able to use funds Debtor has or will collect in the future from its accounts receivable to pay expenses in connection with the administration and protection of the property of the estate, all as set forth in a budget to be provided at the hearing in this matter.

5. The only income of the Debtor is the Cash Collateral and the Cash Collateral is the only funds Debtor has to operate the Business.

6. Without the use of the Cash Collateral, Debtor will be unable to operate and propose a plan of reorganization as contemplated by the Bankruptcy Code.

7. Without the use of the Cash Collateral, the estate will be seriously and irreparably harmed, resulting in significant losses to the estate.

8. There is a reasonable likelihood that Debtor will prevail at a hearing on Debtor's Motion for Authority to Use Cash Collateral.

WHEREFORE, Debtor respectfully requests that:

(a) An expedited hearing be set on this Motion;

(b) Debtor be authorized to collect the Cash Collateral including, but not limited to, the accounts receivable and to deposit the proceeds thereof into the Debtor-in-Possession account;

(c) Debtor be authorized to use the Cash Collateral as may be necessary to avoid immediate and irreparable harm;

(d) the Court issue an Order granting Debtor permission to use the Cash Collateral for the purpose of paying necessary and ordinary expenses of operation of its Business and expenses connected with the administration and protection of the estate pursuant to 11 U.S.C. § 363; and

(e) such other and further relief as this Court deems just and proper.

This 7th day of December, 2009.

        Respectfully submitted,
        **ROGERS LAW OFFICES**

        _/s/ Beth E. Rogers_____
        Beth E. Rogers Georgia Bar No. 612092
        Hope L. Jackson Georgia Bar No. 785649
        4047 Holcomb Bridge Road
        Norcross, Georgia 30092
        Phone: 770-685-6320; Fax: 678-990-9959
        Attorneys for Debtor
        Fourth Quarter Properties V, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| FOURTH QUARTER PROPERTIES V, INC. | ) | |
| | ) | CASE NO. 09-13968-WHD |
| Debtor. | ) | JUDGE W. HOMER DRAKE |
| | ) | |

### NOTICE OF HEARING ON DEBTOR'S
### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

PLEASE TAKE NOTICE that Fourth Quarter Properties V, Inc. ("Debtor") filed an Emergency Motion for Authority to Use Cash Collateral (the "Motion") on December 7, 2009 and there will be a hearing thereon;

**NOTICE IS HEREBY GIVEN that a hearing will be held on the Motion before the Honorable Judge Drake on December 14, 2009 at 2:00 p.m., in Courtroom 1403, Richard Russell Federal Building, 75 Spring Street, SW., Atlanta, Georgia.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one (if you do not have an attorney, you may wish to consult with one). If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your view, you and/or your attorney must attend the hearing. You may file a written response with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk's Office, 2nd Floor, 18 Greenville Street,

Newnan, Georgia 30263. You must also mail a copy of your response to the undersigned address stated below.

This 7th day of December, 2009.

**ROGERS LAW OFFICES**

/s/ Beth E. Rogers_____
Beth E. Rogers Georgia Bar No. 612092
Hope L. Jackson Georgia Bar No. 785649
4047 Holcomb Bridge Road
Norcross, Georgia 30092
Phone: 770-685-6320
Fax:    678-990-995
Attorneys for Debtor
Fourth Quarter Properties V, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| FOURTH QUARTER PROPERTIES V, INC. | ) | |
| | ) | CASE NO. 09-13968-WHD |
| Debtor. | ) | JUDGE W. HOMER DRAKE |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL, MOTION FOR EXPEDITED HEARING AND REQUEST FOR SHORTENED NOTICE TO PARTIES-IN-INTEREST ON DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL and NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL by depositing a true and correct copy of same in the United States mail, with adequate postage thereon or by facsimile, if possible, on those parties indicated below:

Jeneane Treace
United States Trustee
Room 362
75 Spring Street, S.W.
Atlanta, Georgia  30303

Sameer Kapoor
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309

[See Exhibit A – 20 Largest Unsecured Creditors]

This 7th day of December, 2009.

**ROGERS LAW OFFICES**

_/s/ Beth E. Rogers_____
Beth E. Rogers Georgia Bar No. 612092
Hope L. Jackson Georgia Bar No. 785649
4047 Holcomb Bridge Road
Norcross, Georgia 30092
Phone:  770-685-6320; Fax:  678-990-9959

3